FILED
2018 JUN 27 PM 1:02
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT JUDGE PEARSON |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:18 CR 344 |
| | ) | |
| v. | ) | Title 18, Sections 1708 and 981(a)(1)(C) |
| | ) | United States Code; Title 28, Section |
| MONIQUE WHEELER, | ) | 2461(c) United States Code |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Theft or Receipt of Stolen Mail, in violation of 18 U.S.C. § 1708)

The Grand Jury charges:

1. Between in or about July 2017 and in or about September 2017, in the Northern District of Ohio, Eastern Division, Defendant MONIQUE WHEELER did knowingly steal, take, and abstract from or out of a post office located at 2400 Orange Avenue, Cleveland, Ohio 44101 letters, postal cards, packages, bags, or mail, and did abstract, remove, and embezzle from any such letters, postal cards, packages, bags, or mail, any article or thing contained therein, including but not limited to the following:

  a. An envelope containing a $25 Giant Eagle gift card ending in X061, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to J.R. of Canton, Ohio;

  b. An envelope containing a $25 Giant Eagle gift card ending in X715, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to D.D. of Carrollton, Ohio;

  c. An envelope containing two $25 Visa gift cards ending in X7405 and

X6691, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to S.C. of Canfield, Ohio;

      d.      An envelope containing a $50 Visa gift card ending in X7459, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to K.H. of Loxahatchee, Florida;

      e.      An envelope containing a $50 Amazon gift card ending in X7381, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to C.O. of Estes Park, Colorado;

      f.      An envelope containing a $50 Home Depot gift card ending in X4989, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to A.W. of Nashville, Tennessee;

      g.      An envelope containing two $50 Mastercard gift cards ending in X3960 and X1727, and one $100 GetGo gift card ending in in X355, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to E.P. of Parma, Ohio;

      h.      An envelope containing a $75 Caraba's gift card ending in X825, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to S.K. of Easley, South Carolina;

      i.      An envelope containing three $100 Target gift cards ending in X034, X042, and X026, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to T.C. of Norfolk, Virginia;

      j.      An envelope containing a $50 Home Depot gift card ending in X8809,

bearing pre-paid First Class postage, and entrusted to Defendant for delivery to J.A. of Canton, Ohio;

    k. An envelope containing a $50 Mastercard gift card ending in X7673, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to D.M. of Lorain, Ohio;

    l. An envelope containing a $50 Dick's Sporting Goods gift card ending in X4307, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to J.K. of Burlington, Kentucky;

    m. An envelope containing a $25 Visa gift card ending in X4898, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to S.D. of Lucie, Florida;

    n. An envelope containing $14 in cash, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to R.B. of Cleveland Heights, Ohio;

    o. An envelope containing a $100 Visa gift card ending in X8578, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to T.H. of Akron, Ohio;

    p. An envelope containing a $100 Amazon gift card ending in X8769, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to A.P. of Phoenix, Arizona;

    q. An envelope containing a $20 Target gift card ending in X0041, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to W. of Kent, Ohio;

    r. An envelope containing a $100 Visa gift card ending in X3553, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to A.M. of Willard, Ohio;

    s. An envelope containing two $25 Visa gift cards ending in X0063 and

X3812, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to R.B. of North Royalton, Ohio;

   t. An envelope containing a $30 Visa gift card ending in X3935, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to V.G. of Maple Heights, Ohio;

   u. An envelope containing a $100 Amazon gift card ending in X6243, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to S.B. of Palm City, Florida;

   v. An envelope containing three $100 MasterCard gift cards ending in X6705, X6706, and X9351, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to T.P. of San Jose, California;

   w. An envelope containing a $100 Amazon gift card ending in X7048 and a $50 Amazon gift card ending in in X9471, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to M.B. of Medford, Massachusetts;

   x. An envelope containing a $25 Burlington Coat Factory gift card ending in in X117, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to V.W. of York, Pennsylvania;

   y. An envelope containing a $100 Visa gift card ending in X1060, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to D.R. of Dogen, Utah; and

   z. An envelope containing a $50 Visa gift card ending in X5504, bearing pre-paid First Class postage, and entrusted to Defendant for delivery to W.J. of Cleveland, Ohio.

 All in violation of Title 18, United States Code, Section 1708.

## FORFEITURE

The Grand Jury further charges:

2. The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant MONIQUE WHEELER shall forfeit the following to the United States all property, real and personal, which constitutes or is derived from proceeds traceable to the violations charged in Count 1; including, but not limited to the following gift cards seized from Defendant:

| Type | Serial Number |
|---|---|
| Aldi | X238 |
| Aldi | X747 |
| Aldi | X336 |
| Aldi | X4-162 |
| Aldi | X5-021 |
| Amazon | X8356 |
| Amazon | X8771 |
| Amazon | X6647 |
| Amazon | X8771 |
| Amazon | X5578 |
| Amazon | X9374 |
| Amazon | X6002 |
| Amazon | X9092 |
| Amazon | X3563 |
| Amazon | X0250 |
| Amazon | X8684 |
| Amazon | X3764 |
| Amazon | X3398 |
| Amazon | X9020 |
| Amazon | X7381 |
| Amazon | X2530 |
| Amazon | X9061 |
| Amazon | X9166 |
| Amazon | X4524 |

| Type | Serial Number |
|---|---|
| Amazon | X2727 |
| Amazon | X0674 |
| Amazon | X3528 |
| Amazon | X5022 |
| Applebee's | X9-101 |
| Bath and Body Works | X3-185 |
| Bed Bath and Beyond | X2-1731 |
| Bed Bath and Beyond | X4959 |
| Bed Bath and Beyond | X7438 |
| Bed Bath and Beyond | X1775 |
| Bed Bath and Beyond | X1646 |
| Bed Bath and Beyond | X2254 |
| Bed Bath Beyond | X1086 |
| Bed Bath Beyond | X1935 |
| Bed Bath Beyond | X3487 |
| Best Buy | X2562 |
| Best Buy | X2095 |
| Best Buy | X6331 |
| Best Buy | X5818 |
| Best Buy | X2160 |
| Best Buy | X5614 |
| Best Buy | X9443 |
| Best Buy | X3333 |
| Best Buy | X3796 |
| Bloomin Brands | X6842 |
| Bloomin Brands | X2-813 |
| Bob Evans | X7765 |
| Bob Evans | X1577 |
| Bob Evans | X1106 |
| Bob Evans | X7662 |
| Bob Evans | X7621 |
| Bob Evans | X7947 |
| Boston Market | X1206 |
| Brinker | X7242 |
| Brinker | X4805 |
| Brinker | X5557 |
| Buffalo Wild Wings | X9017 |
| Buffalo Wild Wings | X5606 |
| Buffalo Wild Wings | X1822 |
| Buffalo Wild Wings | X6051 |
| Buffalo Wild Wings | X4488 |
| Carrabba's | X4-999 |

| Type | Serial Number |
|---|---|
| Carrabba's | X5-140 |
| Carrabba's | X5-157 |
| Carrabba's | X1-825 |
| Cheesecake Factory | X1685 |
| Cheesecake Factory | X2699 |
| Chick Fil A | X5482 |
| Chick Fil A | X5448 |
| Chick Fil A | X8021 |
| ChickFilA | X8848 |
| ChickFilA | X3376 |
| ChickFilA | X1572 |
| ChickFilA | X6445 |
| Chipotle | X6007 |
| Chipotle | X1519 |
| Cinemark | X8577 |
| Cracker Barrel | X8-283 |
| Darden | X8792 |
| Darden | X3715 |
| Darden | X9613 |
| Darden | X2885 |
| Darden | X4544 |
| Darden | X8802 |
| Darden | X9204 |
| Darden | X9093 |
| Darden w/Fandango | X7399 |
| Dave's Markets | X1-576 |
| Dick's | X2587 |
| Dick's | X9721 |
| Disney | X0644 |
| DQ | X6585 |
| DQ | X4233 |
| DSW | X8-183 |
| DSW | X4-249 |
| Fandango | X1-065 |
| Fandango | X1-073 |
| Fandango w/Darden | X7-184 |
| Five Guys | X3-405 |
| Footlocker | X3067 |
| Forever 21 | X8901 |
| Game Stop | X2-511 |
| Game Stop | X0-082 |
| Game Stop | X5-440 |

| Type | Serial Number |
|---|---|
| Giant Eagle | X4-061 |
| Home Depot | X7-410 |
| Home Depot | X7-415 |
| Home Depot | X7-414 |
| Home Depot | X7-410 |
| Home Depot | X7-412 |
| Home Depot | X7-415 |
| Home Depot | X7-415 |
| Home Depot | X7-413 |
| Home Depot | X7-412 |
| Honeybaked | X4262 |
| Hyatt | X2-946 |
| Hyatt | X2-979 |
| Hyatt | X2-870 |
| Hyatt | X2-904 |
| Hyatt | X2-920 |
| Hyatt | X2-912 |
| Hyatt | X2-938 |
| Hyatt | X2-896 |
| iTunes | X1670 |
| iTunes | X1974 |
| iTunes | X9552 |
| iTunes | X1979 |
| Kohl's | X8-341 |
| Kohl's | X5-591 |
| Kohl's | X3-037 |
| Kohl's | X1-098 |
| Kohl's | X0323 |
| Kohl's | X2703 |
| Kohl's | X4134 |
| Kohl's | X8-122 |
| Kohl's | X0-224 |
| Longhorn | X4647 |
| Lowe's | X0-854 |
| Lowe's | X0-606 |
| Lowe's | X1-812 |
| Lowe's | X4-155 |
| Lowe's | X5-109 |
| Lowe's | X9-403 |
| Macy's | X6-242 |
| Marshalls | X3-932 |
| MasterCard | X7597 |

| Type | Serial Number |
|---|---|
| MasterCard | X6237 |
| MasterCard | X1652 |
| MasterCard | X9564 |
| MasterCard Vanilla | X4069 |
| McDonalds | X8877 |
| McDonalds | X7904 |
| McDonalds | X2812 |
| McDonalds | X2371 |
| Menards | X2511 |
| New Balance | No number |
| Nike | X9-353 |
| Nike | X7-172 |
| Olive Garden | X1375 |
| Olive Garden | X9070 |
| Olive Garden | X3722 |
| Olive Garden | X2398 |
| Olive Garden | X4627 |
| Olive Garden | X3557 |
| Olive Garden | X4508 |
| Olive Garden | X0575 |
| Olive Garden | X-2444 |
| Outback | X8-805 |
| Outback | X3-677 |
| Outback | X9-604 |
| Outback | X5-847 |
| Outback | X3-669 |
| Outback | X0-670 |
| Outback | X7-875 |
| Outback | X2-746 |
| Outback | X6-074 |
| Outback | X2-124 |
| Outback | X7-677 |
| Panera | X3-621 |
| Panera | X6-107 |
| Panera | X9-624 |
| Panera | X3-560 |
| Panera | X8-406 |
| Panera | X6-474 |
| PetSmart | X0-988 |
| Pink | X1-410 |
| Red Lobster | X2554 |
| Red Lobster | X7537 |

| Type | Serial Number |
|---|---|
| Red Lobster | X9573 |
| Red Lobster | X0568 |
| Red Lobster | X8187 |
| Regal Cinema | X8-832 |
| Regal Cinema | X8-834 |
| Regal Cinema | X8-838 |
| Regal Cinema | X9-797 |
| Regal Cinema | X0-186 |
| Sears | X9984 |
| Sephora | X7072 |
| Speedway | X7-991 |
| Speedway | X7-983 |
| Starbucks | X8236 |
| Starbucks | X5957 |
| Steak and Shake | X2751 |
| Steak N Shake | X0183 |
| Steak N Shake | X2827 |
| Subway | X6442 |
| Subway | X6434 |
| Subway | X0912 |
| Subway | X1499 |
| Target | X3-878 |
| Target | X1-675 |
| Target | X8-146 |
| Target | X5-367 |
| Target | X0-742 |
| Target | X0-973 |
| Target | X4-779 |
| Target | X7-936 |
| Target | X8-896 |
| Target | X6-487 |
| Target | X2-286 |
| Target | X0-792 |
| Target | X4-840 |
| Target | X7-547 |
| Target | X6-365 |
| Target | X4-001 |
| Texas Roadhouse | X3-703 |
| TJ-Maxx | X8-084 |
| TJ-Maxx | X5-985 |
| TJ-Maxx | X1-144 |
| Ulta | X5844 |

| Type | Serial Number |
|---|---|
| Ulta | X3072 |
| Ulta | X7056 |
| Victoria's Secret | X8-937 |
| Visa | X3700 |
| Visa | X5210 |
| Visa | X3507 |
| Visa | X8010 |
| Visa | X1871 |
| Visa | X9168 |
| Visa | X8575 |
| Visa | X5797 |
| Visa | X9347 |
| Visa | X7236 |
| Visa Debit | X2813 |
| Visa Debit | X4828 |
| Visa Debit | X4898 |
| Walmart | X5982 |
| Walmart | X1632 |
| Walmart | X1316 |
| Wayfair | XMJMP |
| Wayfair | XG6GT |
| Xbox | XVTCM |
| Xbox | X7G8Y |
| Xbox | XDMKZ |

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.